STATE of Missouri, Respondent,

v.

**William TAYLOR, Appellant.**

**No. WD 58223.**

Missouri Court of Appeals, Western District.

Aug. 14, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 2, 2001.

Application for Transfer Denied Nov. 20, 2001.

Kent E. Gipson, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, MO, for respondent.

unless indicated otherwise.

Before THOMAS H. NEWTON, Presiding Judge, JOSEPH M. ELLIS, Judge and RONALD R. HOLLIGER, Judge.

### ORDER

PER CURIAM:

William Taylor appeals his conviction for first-degree murder, § 565.020.1, RSMo 1994. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).